UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN REED,<br><br>  Defendant. | Case No. 21-cr-00479-JSW-1<br><br>**ORDER SETTING BRIEFING SCHEDULE IN ADVANCE OF RESTITUTION HEARING AND ADVANCING DEADLINE TO SUBMIT STATUS** |

This matter is scheduled for a restitution hearing on September 27, 2022. Defendant's conviction requires the Court to order restitution, and the Court has received a large number of victim impact statements. In the event the parties do agree on the amount of restitution to be awarded, the Court ADVANCES the deadline for the status report from September 20, 2022 to **September 13, 2022**, and they shall include sufficient information in that status report for the Court to determine the full amount of a victim's loss and Defendant's role "in [the] causal process underlying the victim's losses." *United States v. Paroline*, 572 U.S. 434, 459 (2014). In the event the parties do not agree on the amount of restitution to be ordered, the Court HEREBY SETS the following briefing schedule: Government's opening brief due by August 30, 2022; Defendant's responsive brief due by September 6, 2022; Government's reply due by September 13, 2022

**IT IS SO ORDERED**.

Dated: July 6, 2022

_____
JEFFREY S. WHITE
United States District Judge

Cc: USPO Katrina Chu (by email)